*In re* ANDRÉS VILLANUEVA.

*Número:* 5069          *Resuelto:* 30 de julio de 1999

*Andrés Villanueva Laguer, pro se.*

## RESOLUCIÓN

Vista la moción mediante la cual se solicita la reinstalación del peticionario, se autoriza la misma limitada al ejercicio de la abogacía. No se le reinstala al ejercicio de la notaría. Se apercibe al peticionario que al descargar sus responsabilidades profesionales deberá observar estrictamente los cánones del Código de Ética Profesional y que en el futuro deberá cumplir rigurosamente con las resoluciones de este Tribunal.

Se concede un término de sesenta (60) días a la Directora de la Oficina de Inspección de Notarías para que reaccione al escrito del Lic. Andrés Villanueva Laguer presentado ante nos el 21 de julio de 1999.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente Señor Andréu García, el Juez Asociado Señor Negrón García y la Juez Asociada Señora Naveira de Rodón no intervinieron.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*